UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY MCNAIR, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
EASTERN DISTRICT NC FEDERAL ) Case No. 5:13-CV-733-FL
OFFICIALS, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 20, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 20, 2013, and Copies To:**

Anthony McNair (via U.S. Mail) 1228 Hill Street, Rocky Mount, NC 27801


November 20, 2013        JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk